[No. 22493-0-I. Division One. October 9, 1989.]

JULIUS REESE, ET AL, *Respondents,* v. SEARS, ROEBUCK & Co., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-2-00613-7, R. Joseph Wesley, J., entered June 21, 1988. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Cole, J. Pro Tem., Forrest, J., dissenting.

[No. 11589-1-II. Division Two. October 11, 1989.]

CORINNE GARLAND, ET AL, *Appellants,* v. PIERCE COUNTY TRANSPORTATION BENEFIT AUTHORITY CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-2-06507-1, Karen G. Seinfeld, J., entered December 11, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Petrich, J.

[No. 11831-9-II. Division Two. October 11, 1989.]

JOSEPH A. YOUNG, *Appellant,* v. ELLIOTT THORMAHLEN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Lewis County, No. 84-2-00112-5, Dale M. Nordquist, J., entered February 16, 1988. *Affirmed in part* and *reversed in part* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Reed, J.